JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIN LOEB, | ) | CASE NO. CV12-10710 GAF (FFMx) |
| | ) | |
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Date: May 30, 2013

**JS-6**

_____
Gary Allen Feess
United States District Court Judge